1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   NISHA BROOKS-WHITTINGTON
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax

6  Attorneys for Shawn Newkirk

7

8                          UNITED STATES DISTRICT COURT

9                               DISTRICT OF NEVADA

10                                      * * *

11  UNITED STATES OF AMERICA,                      2:10-cr-547-RLH-PAL-27

12          Plaintiff,                    **STIPULATION TO EXTEND
                                          DEADLINES IN THIS COURT'S
13  vs.                                   MARCH 3, 2015 ORDER BY
                                          THIRTY (30) DAYS**
14  SHAWN NEWKIRK,

15          Defendant.

16

17        The United States of America, by Assistant United States Attorney Elizabeth Olson White,

18  and Defendant Shawn Newkirk, by Assistant Federal Public Defender Nisha Brooks-Whittington,

19  submit the following Joint Stipulation to extend, by thirty (30) days, all of the deadlines set in this

20  Court's Order dated March 3, 2015.  *See* CR 907.

21        The parties agree and stipulate to the following:

22        1.     On November 13, 2012, this Court sentenced Defendant to 48 months' imprisonment

23  on his conviction for drug-related offenses.  CR 722.

24        2.     On February 27, 2015, Defendant filed a *pro se* motion for a reduction of sentence

25  pursuant to 18 U.S.C. § 3582(c)(2) in light of Guidelines Amendment 782.  CR 906.

26        3.     On March 3, 2015, this Court issued an Order appointing the Federal Public Defender

27  to represent Defendant, and setting deadlines.  Specifically, the Court ordered the Probation Office

28  to provide certain documents to the parties within 30 days (i.e., by April 2, 2015) and ordered the

1  Federal Public Defender to file any appropriate motion or stipulation within 120 days (i.e., by

2  July1, 2015).  CR 907.

3         4.      The parties are seeking additional time to obtain and review the sentencing transcript

4  to determine the guideline calculations.

5         5.      For the reason stated above, the parties respectfully request that the Court issue an

6  order extending the deadlines in the Court's March 3, 2015 Order, by thirty (30) days.

7         DATED this 1st day of July, 2015.

8                                        Respectfully submitted,

9

10  RENE L. VALLADARES                    DANIEL G. BOGDEN
    Federal Public Defender              United States Attorney
11
    /s/ Nisha Brooks-Whittington         /s/ Elizabeth O. White
12  _____          _____
    NISHA BROOKS-WHITTINGTON,            ELIZABETH O. WHITE,
13  Assistant Federal Public Defender    Appellate Chief and
                                         Assistant United States Attorney
14

15

16  IT IS SO ORDERED.

17

18  _____
    UNITED STATES DISTRICT JUDGE
19

20  DATED:  July 2, 2015

21

22

23

24

25

26

27

28