RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Shawn Newkirk

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHAWN NEWKIRK,<br><br>　　　　　Defendant. | 2:10-cr-547-RLH-PAL-27<br><br>**STIPULATION TO EXTEND DEADLINES IN THIS COURT'S JULY 2, 2015 ORDER BY FORTY-FIVE (45) DAYS** |

The United States of America, by Assistant United States Attorney Elizabeth Olson White, and Defendant Shawn Newkirk, by Assistant Federal Public Defender Nisha Brooks-Whittington, submit the following Joint Stipulation to extend, by forty-five (45) days, all of the deadlines set in this Court's Order dated July 2, 2015. *See* CR 935.

The parties agree and stipulate to the following:

1.　On November 13, 2012, this Court sentenced Defendant to 48 months' imprisonment on his conviction for drug-related offenses. CR 722.

2.　On February 27, 2015, Defendant filed a *pro se* motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) in light of Guidelines Amendment 782. CR 906.

3.　On March 3, 2015, this Court issued an Order appointing the Federal Public Defender to represent Defendant, and setting deadlines. Specifically, the Court ordered the Probation Office to provide certain documents to the parties within 30 days (i.e., by April 2, 2015) and ordered the

Federal Public Defender to file any appropriate motion or stipulation within 120 days (i.e., by July 1, 2015). CR 907.

4. On July 1, 2015, the parties filed a joint stipulation to extend the deadlines in this Court's March 3, 2015 Order by 30 days. CR 933. On July 2, 2015, the Court granted the stipulation. CR 935.

5. Defense counsel ordered the sentencing transcript in this case. The parties anticipate receiving the sentencing transcript soon. The parties are seeking an additional forty-five (45) days to obtain and then review the sentencing transcript to determine the guideline calculations.

6. For the reasons stated above, the parties respectfully request the Court issue an order extending the deadlines in the Court's July 2, 2015 Order, by forty-five (45) days.

DATED this 28th day of July, 2015.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Nisha Brooks-Whittington* | */s/ Elizabeth O. White* |
| NISHA BROOKS-WHITTINGTON,<br>Assistant Federal Public Defender | ELIZABETH O. WHITE,<br>Appellate Chief and<br>Assistant United States Attorney |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2015